**Willie J. WILLIAMS, a/k/a Willie James Williams, Plaintiff—Appellant,**

v.

**Robert COOPER, Administrator—Superintendent Avery–Mitchell Correctional Institution; Chris Crawford, Assistant Administrator Avery–Mitchell Correctional Institution; Bryan Dale Johnson, Unit Manager Avery–Mitchell Correctional Institution; Stephen Grindstaff, Assistant Manager Avery–Mitchell Correctional Institution, Defendants—Appellees.**

No. 08–8578.

United States Court of Appeals, Fourth Circuit.

Submitted: June 22, 2009.

Decided: June 26, 2009.

Willie J. Williams, Appellant Pro Se.

Before MICHAEL, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie J. Williams appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Williams v. Cooper,* No. 1:08–cv–00515–GCM, 2008 WL 5095619 (W.D.N.C. Dec. 2, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*